UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VENERA DAVID COLLINS,   Case No.

    Plaintiff,   Hon.

v.

LOWE'S HOME CENTERS, LLC,
A Foreign Limited Liability Company,

    Defendant.

___

**NOTICE OF FILING NOTICE OF REMOVAL (CIRCUIT COURT)**

**NOTICE OF FILING NOTICE OF REMOVAL (FEDERAL COURT)**

**NOTICE OF REMOVAL OF CAUSE TO THE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

**VERIFICATION**

**APPEARANCE (FEDERAL COURT)**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VENERA DAVID COLLINS,                Case No.

    Plaintiff,                          Hon.

v.

LOWE'S HOME CENTERS, LLC,
A Foreign Limited Liability Company,

    Defendant.

---

**NOTICE OF FILING REMOVAL OF CAUSE TO THE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN**

**PLEASE TAKE NOTICE** that, pursuant to 28 USC §1441, Defendant, Lowe's Home Centers, LLC, a foreign corporation, hereby files with the Clerk of the Court a copy of its Notice of Removal, attached hereto, and which was filed with the United States District Court, Eastern District of Michigan, on October 13, 2020.

                      PLUNKETT COONEY

DATED: 10-13-20           /s/Ridley S. Nimmo, II
                              RIDLEY S. NIMMO, II (P54783)
                              Attorneys for Defendant
                              111 East Court Street, Suite 1B
                              Flint, MI 48502
                              (810) 342-7010

2

## **CERTIFICATE OF ELECTRONIC FILING**

Ridley S. Nimmo, II certifies that a copy of the Removal documents and this Certificate of Electronic Filing was electronically filed with the United States District Court, Eastern District of Michigan, in the above cause on 10/13/20. A copy will be provided to counsel of record via regular first-class mail.  I declare under the penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

    /s/Ridley S. Nimmo, II
Ridley S. Nimmo, II (P54783)
Attorney for Defendant
111 E. Court Street, Suite 1B
Flint, MI  48502
810-342-7010
rnimmo@plunkettcooney.com

2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

VENERA DAVID COLLINS,   Case No.

   Plaintiff,   Hon.

v.

LOWE'S HOME CENTERS, LLC,
A Foreign Limited Liability Company,

   Defendant.

## NOTICE OF REMOVAL FOR CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

NOW COMES Defendant, Lowe's Home Centers, LLC [hereinafter "Lowe's"], a foreign corporation, by and through its attorneys, Plunkett Cooney, pursuant to 28 U.S.C.A. §§ 1332, 1441 and 1446, hereby files this Notice of Removal of the above-captioned matter to the United States District Court for the Eastern District of Michigan, from the Oakland County Circuit Court where the action is now pending and states as follows:

1. The above-captioned matter was filed in Oakland County Circuit Court on or about September 10, 2020 and is now pending in that court.

2. Defendant Lowe's first received a copy of the Summons and Complaint in this matter on or about September 14, 2020.

1

3. The above-captioned matter is a suit at common law of a civil nature brought by Plaintiff, Venera David Collins, in which the Plaintiff seeks monetary damages as a result of Defendant's alleged negligence.

4. The above-captioned matter involves a controversy which is wholly between citizens of different states in that at the time of the commencement of this action in Oakland County Circuit Court, the Plaintiff was a citizen and resident of the Township of West Bloomfield, County of Oakland, State of Michigan and the Defendant Lowe's, was, and still is, a foreign corporation under the laws of the State of North Carolina and its principal place of business in North Carolina (Lowe's Home Centers, LLC is a manager-managed LLC with a single member, Lowe's Companies, Inc., Lowe's Companies, Inc. is a North Carolina corporation.).

5. This action is one over which the District Courts of the United States are given original jurisdiction.

6. The time within which Defendant is required to file this Notice of Removal to Federal Court has not yet expired.

7. According to the allegations in Plaintiff's Complaint, Plaintiff seeks to recover monetary damages in connection with alleged injuries sustained as a result of Defendant's alleged negligence.

8. According to Plaintiff's Complaint, attached as Exhibit A, Plaintiff seeks to recover damages in excess of $25,000, exclusive of interest and costs in this matter, for injuries Plaintiff alleges are severe, disabling and permanent. Further, Plaintiff's counsel has stated that he cannot stipulate that the amount in controversy is less than $75,000.00 and that the amount in controversy is presently in excess of the same.

9. Defendant files with this Notice a copy of all process, pleadings and orders served upon Defendant in this action (See Exhibit A).

10. This action is removable to this Court under and by virtue of the acts of Congress of the United States.

11. Defendant has served written notice of the filing of this Notice as required by 28 U.S.C.A. § 1446(d).

12. A copy of this Notice will be filed with the Clerk of the Oakland County Circuit Court, as required by 28 U.S.C.A. § 1446(d).

WHEREFORE, Defendant Lowe's Home Centers, LLC, respectfully requests that it may effectuate removal of this action from the Circuit Court for the County of Oakland, State of Michigan, to the United States District

3

Court for the Eastern District of Michigan, and that this action proceed in this Court as an action properly removed.

                                                  Respectfully submitted,

                                                  PLUNKETT COONEY

Dated:  10-13-20                     /s/Ridley S. Nimmo, II
                                                  RIDLEY S. NIMMO, II (P54783)
                                                  Attorneys for Defendant
                                                  111 E. Court Street, Suite 1B
                                                  Flint, MI  48502
                                                  (810) 342-7010

## STATE OF MICHIGAN
### IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

VENERA DAVID COLLINS,                             Case No. 20-183397-NO

    Plaintiff,                             Honorable Shalina Kumar

v.

LOWE'S HOME CENTERS, LLC,
A Foreign Limited Liability Company,

    Defendant.

| LAW OFFICE OF ERNEST FRIEDMAN, P.C. | PLUNKETT COONEY |
|---|---|
| ERNEST F. FRIEDMAN (P26642) | RIDLEY S. NIMMO, II (P54783) |
| Attorney for Plaintiff | Attorneys for Defendant |
| 30777 Northwestern Highway, Suite 200 | 111 E. Court Street, Suite 1B |
| Farmington Hills, MI  48334 | Flint, MI 48502 |
| (248) 350-9440 | (810) 342-7010 |
| (248) 469-4365 fax | (810) 232-3159 Fax |
| ernest@friedmanlaw.co | rnimmo@plunkettcooney.com |

### NOTICE OF FILING REMOVAL
### WITH THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

    PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1441, Defendant, Lowe's Home Centers, LLC, hereby files its Notice of Removal, a copy of which is attached hereto and which was filed with the United States District Court, Eastern District of  Michigan on October 13, 2020.

                                                PLUNKETT COONEY

Date:   10-13-20                            By:/s/Ridley S. Nimmo, II
                                                RIDLEY S. NIMMO, II (P54783)
                                                Attorneys for Defendant
                                                111 E. Court St., Suite 1B
                                                Flint, MI 48502
                                                (810) 342-7010   (810) 232-3159 Fax
                                                rnimmo@plunkettcooney.com

**PROOF OF SERVICE**

CHRISTINE KNOTTS, being first duly sworn, deposes and says that she is employed by PLUNKETT COONEY, and that on October 13, 2020 she served a copy of Notice of Filing Removal, Notice of Removal to Federal Court, Verification and Certificate of Service upon all counsel of record by electronically filing the foregoing paper with the Clerk of the Court using the MI File system which will send notification of such filing. Further, I declare that the above statements are true to the best of my knowledge, information and belief.

/s/ Christine J. Knotts
CHRISTINE J. KNOTTS

Open.28226.04357.25091792-1

5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VENERA DAVID COLLINS,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,
A Foreign Limited Liability Company,

    Defendant.

Case No.

Hon.

---

## VERIFICATION

    RIDLEY S. NIMMO, II, being first duly sworn, deposes and says that he is the attorney for Defendant, Lowe's Home Centers, LLC and that the foregoing Notice of Removal is true in substance and in fact to the best of his knowledge, information, and belief.

Subscribed and sworn to before me on October 13, 2020.

_____
Kathaleen M. Forde, Notary Public
Oakland County, Michigan
Acting in Genesee County, Michigan
My Commission Expires: 4/16/25

Respectfully submitted:

_____
RIDLEY S. NIMMO, II (P54783)
Attorneys for Defendant
111 E. Court Street, Suite 1B
Flint, MI 48502
(810) 342-7010

1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

VENERA DAVID COLLINS,                    Case No.

    Plaintiff,                            Hon.

v.

LOWE'S HOME CENTERS, LLC,
A Foreign Limited Liability Company,

    Defendant.

---

**APPEARANCE**

PLEASE ENTER my Appearance as attorney in the above-entitled matter for the named Defendant.

                                          Respectfully submitted,

                                          PLUNKETT COONEY

Dated:  10-13-20                         /s/Ridley S. Nimmo, II
                                          RIDLEY S. NIMMO, II (P54783)
                                          Attorneys for Defendant
                                          111 E. Court Street, Suite 1B
                                          Flint, MI  48502
                                          (810) 342-7010

**CERTIFICATE OF ELECTRONIC FILING**

Ridley S. Nimmo, II certifies that a copy of the Appearance and this Certificate of Electronic Filing was electronically filed with the United States District Court, Eastern District of Michigan, in the above cause on 10/13/20.  A copy will be provided to counsel of record via first class mail.  I declare under the

1

penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

>/s/Ridley S. Nimmo, II
>Ridley S. Nimmo, II (P54783)
>Attorney for Defendant
>111 E. Court Street, Suite 1B
>Flint, MI  48502
>810-342-7010
>rnimmo@plunkettcooney.com

2