UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Venera David Collins

Plaintiff(s),                                    Case No.  20-12771

v.                                               Honorable  Terrence G. Berg

Lowe's Home Centers, LLC                         Magistrate Judge  Anthony P. Patti

Defendant(s).

_____/

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the magistrate judge in this action.  Upon review of the record,

having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this

matter by blind draw to another magistrate judge for further proceedings.

Date:  October 14, 2020                          s/Anthony P. Patti
                                                 Anthony P. Patti
                                                 U.S. Magistrate Judge

_____

Pursuant to this order, this case is reassigned to Magistrate Judge  Curtis Ivy, Jr                            .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel
of record herein by electronic means or first class U.S. mail.

Date:  October 14, 2020                          s/N. Ahmed
                                                 Deputy Clerk